**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| **MOUNT, SPELMAN & FINGERMAN, P.C.,** § § | |
| **Plaintiff,** § § | |
| **v.** § § § | **Case No.: 2:14-cv-00013** |
| § | |
| **GEOTAG, INC., JOHN W. VEENSTRA and ELIZABETH A. MORGAN,** § § § § | |
| **Defendants.** § | |

## NOTICE OF ATTORNEY APPEARANCE

Notice is hereby given that Jeffrey M. Tillotson, P.C. of Lynn Tillotson Pinker & Cox, LLP, enters his appearance on behalf of Defendants Geotag, Inc., John W. Veenstra and Elizabeth A. Morgan.

Jeffrey M. Tillotson, P.C. may receive all communications from the Court and from other parties at Lynn Tillotson Pinker & Cox, LLP, 2100 Ross Avenue, Suite 2700, Dallas, Texas 75201, telephone (214) 981-3800, facsimile (214) 981-3839, e-mail: jmt@lynnllp.com.

DATED: January 27, 2014                    Respectfully submitted,

 

Jeffrey M. Tillotson, P.C.
Texas Bar No. 20039200
LYNN TILLOTSON PINKER & COX, LLP
2100 Ross Avenue, Suite 2700
Dallas, TX 75201
Telephone: (214) 981-3800
Facsimile: (214) 981-3839
Email: jmt@lynnllp.com

**ATTORNEYS FOR DEFENDANTS GEOTAG, INC., JOHN W. VEENSTRA AND ELIZABETH A. MORGAN**

## CERTIFICATE OF SERVICE

  I hereby certify that counsel of record who are deemed to have consented to electronic service are being served this 27th day of January, 2014, with a copy of this document *via* the Court's CM/ECF system per Local Rule CV-5(a)(3).

Jeffrey M. Tillotson, P.C.